FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA
_____

No. 1D17-5286
_____

MARIO SPAN,

Appellant,

v.

DEPARTMENT OF CORRECTIONS,

Appellee.
_____

On appeal from the Circuit Court for Leon County.
Karen Gievers, Judge.

April 15, 2019

PER CURIAM.

AFFIRMED.

MAKAR, OSTERHAUS, and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*
_____

Mario Span, pro se, Appellant.

Ashley Moody, Attorney General, and Kristen Jennifer Lonergan, Assistant Attorney General, and Kenneth S. Steely, General Counsel for Department of Corrections, Tallahassee, for Appellee.